**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MARCUS BUSH**                                                                           **PLAINTIFF**

**v.**                                            **CASE NO. 5:17-CV-00184 BSM**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                                **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 22] filed by United States Magistrate

Judge Jerome T. Kearney has been received.  No objections have been filed.  After

careful review of the record, the recommended disposition is adopted in its entirety.

Accordingly, the Commissioner's decision denying benefits is affirmed, and this case is

dismissed with prejudice.

IT IS SO ORDERED this 1st day of June 2018.

_____
UNITED STATES DISTRICT JUDGE