IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS BUSH                                                                                       PLAINTIFF

v.                                  CASE NO. 5:17-CV-00184 BSM

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of June 2018.

_____
UNITED STATES DISTRICT JUDGE